**No. 48135.**—Protests 48536–K, etc., of Albers Bros. Milling Co. et al. (Los Angeles, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, MARCH 25, 1943

**No. 48136.**—Protests 10373–K, etc., of Anco Import Corp. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel articles in imitation of precious or semiprecious stones composed wholly or in chief value of glass, similar in all material respects to those the subject of Abstract 47818, were held dutiable at 25 percent under paragraph 1503, as modified by the Czechoslovakian Trade Agreement (T. D. 49458). Certain other merchandise stipulated to consist of articles in imitation of precious or semiprecious stones composed wholly or in chief value of glass, similar in all material respects to those the subject of Abstract 47821, were held dutiable at 45 percent under paragraph 1503. Protests sustained to this extent. .

**No. 48137.**—Protests 5940–K, etc., of Scandia Commercial Co. (San Francisco).

Opinion by COLE, J. It was stipulated that the merchandise in question is similar in all material respects to that passed upon in Abstract 47541 and the record in that case was incorporated herein. Upon the examination of that record and that of *Haram* v. *United States* (5 Cust. Ct. 159, C. D. 390) the court sustained the protests as to the merchandise in question.

BEFORE THE THIRD DIVISION, MARCH 25, 1943

**No. 48138.**—Protests 846595–G, etc., of Grain Products Corp. et al. (San Diego, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48139.**—Protests 960227–G, etc., of Durkee Famous Foods et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.